IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATHANIEL SIMS #B40009,    )
           )
      Plaintiff,  )
           )
  v.         )  No.  08 C 6126
           )
ROGER E. WALKER, JR. (Director) )
I.D.O.C., et al.,      )
           )
      Defendants. )

MEMORANDUM ORDER

Nathaniel Sims ("Sims"), employing the form provided by this District Court's Clerk's Office for use by prisoners asserting claims under 42 U.S.C. §1983, has submitted a sprawling handwritten Complaint against Illinois Department of Corrections Director Roger Walker and a host of other defendants.  Because much of Sims' narrative is occupied with asserting which of his constitutional rights he claims have been violated, while this Court finds the portions of the narrative that refer to actual events to be quite unintelligible, this Court is prepared to consider appointing pro bono counsel for Sims to try to make some order out of the present chaos--provided, that is, that Sims complies with what is required for that purpose.

To that end this Court is transmitting to Sims, together with a copy of this memorandum order, some Clerk's-Office-supplied forms of In Forma Pauperis Application ("Application")[1]

---

[1]  Sims has tendered a state court form of Application To Sue or Defend as a Poor Person.  That application is denied

and Motion for Appointment of Counsel ("Motion").  Sims must

submit, together with the completed Application, printouts from

all correctional institutions where he has been in custody during

the six-month period that began on April 21, 2008 and ended on

October 20, 2008, reflecting all transactions in his prisoner

trust fund accounts during that time frame.  As for the Motion,

Sims must complete Paragraph 2 by identifying what efforts he has

made on his own to obtain counsel to represent him.

When those properly prepared documents have been received by

this Court, it will act on them promptly.  If no such submissions

are received on or before November 24, 2008, however, both the

Complaint and this action will be dismissed without prejudice.

_____
Milton I. Shadur
Senior United States District Judge

Date:  October 29, 2008

---

without prejudice.