IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATHANIEL SIMS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 08 CV 6126 |
| -vs- ) | |
| ) | *(JUDGE SHADUR)* |
| CITY OF CHICAGO, P.O. L. PEREZ #14332, ) | |
| and P.O. D. MOORE, ) | |
| ) | |
| *Defendants.* ) | |

# AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, plaintiff, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiff Nathaniel Sims is a resident of the Northern District of Illinois.

3. Defendants L. Perez #14332, and D. Moore were at all times relevant acting under color of their authority as police officers of the City of Chicago; each is sued in his individual capacity.

4. Defendant City of Chicago is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367 as the potential indemnifier of the defendants.

5. On September 4, 2008, plaintiff was placed under arrest by Defendants Perez and Moore.

6. At the time Perez and Moore arrested plaintiff, plaintiff was not violating any law.

7. At the time Perez and Moore arrested plaintiff, the officers were not acting pursuant to a warrant or a signed complaint and did not have a reasonable basis to make the arrest.

8. As a result of the foregoing, plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States, lost his employment and was deprived of his liberty for several months.

9. Plaintiff demands trial by jury.

WHEREFORE plaintiff prays that judgment be entered against defendants in an amount in excess of fifty thousand dollars as compensatory damages.

/s/ Kenneth N. Flaxman

———————————————

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430

(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com

*attorney for plaintiff*